

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-15-00552-CR

Jose Carlos **LEAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4767
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file their reply brief is granted. The reply brief is due on April 15, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court